THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEROME EUGENE TODD,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL B. MUKASEY, et al.,<br><br>Defendants. | CASE NO. C14-1873-JCC-BAT<br><br>ORDER OF DISMISSAL |

The Court, having reviewed Plaintiff's complaint, the amended complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) This case is DISMISSED with prejudice and all pending motions are DENIED.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

//

//

//

//

//

//

1   DATED this 6th day of January 2015.

2

3

4

5

6

7                                                   _____
                                                    John C. Coughenour
8                                                   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER OF DISMISSAL
PAGE - 2